# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-3744

———————————————

United States of America

*Plaintiff - Appellee*

v.

Todd Skalberg

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Eastern

——————————

Submitted: October 21, 2024
Filed: March 19, 2025
[Unpublished]

——————————

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Todd Skalberg received a 262-month prison sentence after he pleaded guilty to conspiracy to distribute methamphetamine for mailing drugs from California to Iowa. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846. He claims that the sentence is procedurally flawed and substantively unreasonable.

We conclude otherwise. Skalberg received a sentence within the advisory range despite having several prior drug convictions, both state and federal. Add the fact that he was on state parole when he mailed the drugs, and the district court[1] had good reason to impose a sentence above the mandatory minimum of 180 months in prison. *See United States v. Fitzpatrick*, 943 F.3d 838, 840–41 (8th Cir. 2019).

When determining the sentence, the district court carefully considered the statutory sentencing factors. *See* 18 U.S.C. § 3553(a); *United States v. Bridges*, 569 F.3d 374, 378–79 (8th Cir. 2009). It discussed a host of mitigating facts, such as Skalberg's traumatic childhood, current age, and acceptance of responsibility. None, in its view, outweighed his criminal history and the fact that he "chose[] to engage in drug trafficking" despite "know[ing] the consequences." *See Fitzpatrick*, 943 F.3d at 840 (explaining that the district court has discretion to "weigh" some factors "more heavily than others"). Neither procedural error nor substantive unreasonableness is present on this record, which shows thorough consideration of each of his arguments at sentencing. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing for an abuse of discretion).

We accordingly affirm the judgment of the district court.

_____

[1]The Honorable C.J. Williams, then District Judge, now Chief Judge, United States District Court for the Northern District of Iowa.